FILED

2019 MAR 19 PM 2:48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>CHRISTOPHER MYUNG KIM,<br>MATTHEW JAMES PEREZ,<br>     aka "Neer,"<br>DANIEL AGUILERA, and<br>JAY COLBY SANFORD,<br>     aka "Monte Jay,"<br><br>          Defendants. | CR No. 19- CR 19-00166 GDW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Marijuana; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii): Possession with Intent to Distribute Marijuana; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Cocaine; 18 U.S.C. § 241: Conspiracy Against Rights; 18 U.S.C. § 242: Deprivation of Rights Under Color of Law; 18 U.S.C. §§ 924(c)(1)(A)(i), (ii): Using, Carrying, and Brandishing a Firearm During and in Relation to, and Possessing a Firearm in Furtherance of, Drug Trafficking Crimes; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

1.   At all times relevant to this Indictment, the "Warehouse" was an indoor marijuana distribution warehouse located on Commercial Street in Los Angeles, California.

2.   At all times relevant to this Indictment, co-conspirator Marc Antrim ("Antrim"), was an agent of, and public official employed by, the County of Los Angeles and the Los Angeles County Sheriff's Department ("LASD") as a deputy sheriff.

3.   At all times relevant to this Indictment, Antrim worked as a patrol deputy at the LASD Temple Station in Temple City, California.

4.   At all times relevant to this Indictment, Antrim was not assigned to a narcotics unit, was not a detective, and would have no reason to investigate or execute a search warrant of the Warehouse, which was located in the City of Los Angeles, outside the areas served by the LASD Temple Station.

5.   On October 29, 2018, at the time of the Warehouse robbery detailed herein, Antrim was not on duty as an LASD deputy and did not possess a lawful search warrant for the Warehouse.

6.   On October 29, 2018, at the time of the Warehouse robbery detailed herein, defendants CHRISTOPHER MYUNG KIM ("KIM"), MATTHEW JAMES PEREZ, also known as ("aka") "Neer" ("PEREZ"), DANIEL AGUILERA ("AGUILERA"), and JAY COLBY SANFORD, aka "Monte Jay" ("SANFORD"), as well as co-conspirators Kevin McBride ("McBride") and Eric Rodriguez, aka "Rooster" ("Rodriguez"), were not and had never been employed by LASD as deputy sheriffs.

1        7.    In approximately 2015, defendant KIM began working at the

2    Warehouse in the sales department.  Defendant KIM stopped working at

3    the Warehouse a few weeks prior to the October 29, 2018 robbery of

4    the Warehouse.

5        8.    These Introductory Allegations are hereby incorporated by

6    reference into each count of this Indictment as though set forth

7    fully therein.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                           COUNT ONE

2                     [21 U.S.C. § 846]

3 A.   OBJECTS OF THE CONSPIRACY

4      Beginning on a date unknown to the Grand Jury, and continuing

5 until on or about February 21, 2019, in Los Angeles County, within

6 the Central District of California, and elsewhere, defendants

7 CHRISTOPHER MYUNG KIM ("KIM"), MATTHEW JAMES PEREZ, also known as

8 ("aka") "Neer" ("PEREZ"), DANIEL AGUILERA ("AGUILERA"), and JAY COLBY

9 SANFORD, aka "Monte Jay" ("SANFORD"), as well as co-conspirators Marc

10 Antrim ("Antrim"), Kevin McBride ("McBride"), Eric Rodriguez, aka

11 "Rooster" ("Rodriguez"), and others known and unknown to the Grand

12 Jury, conspired and agreed with each other to knowingly and

13 intentionally commit the following offenses:

14      1.   Distribute at least 100 kilograms of a mixture and

15 substance containing a detectable amount of marijuana, a Schedule I

16 controlled substance, in violation of Title 21, United States Code,

17 Sections 841(a)(1) and (b)(1)(B)(vii); and

18      2.   Possess with intent to distribute at least 100 kilograms of

19 a mixture and substance containing a detectable amount of marijuana,

20 a Schedule I controlled substance, in violation of Title 21, United

21 States Code, Sections 841(a)(1) and (b)(1)(B)(vii).

22 B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE

23     ACCOMPLISHED

24      The objects of the conspiracy were to be accomplished, in

25 substance, as follows:

26      1.   Defendant KIM, a former Warehouse employee, would compile

27 information about the Warehouse, including information about its

28 layout, operations, and security.

2.   Defendant KIM would then provide the information he compiled about the Warehouse to Antrim.

3.   Defendant KIM and Antrim would organize, plan, and orchestrate the October 29, 2018 robbery of the Warehouse (the "robbery").

4.   Defendant PEREZ, as well as Antrim and McBride, would pose as armed deputy sheriffs seeking to execute a lawful search warrant in order to gain entry to the Warehouse.

5.   Defendant PEREZ, as well as Antrim and McBride, would arm themselves with real firearms, and what appeared to be firearms, in order to intimidate and threaten Warehouse employees.

6.   Defendant PEREZ, as well as Antrim and McBride, would detain Warehouse employees under the claimed authority that they were acting in a law enforcement capacity and as part of the ruse that they were executing a lawful search warrant of the Warehouse.

7.   Once the Warehouse employees were detained, defendant AGUILERA would drive a large rental truck into the Warehouse parking lot in order to transport the marijuana, cash, and other items of value stolen during the robbery.

8.   During the robbery, defendant SANFORD would serve as a nearby lookout, scouting for law enforcement and other potential threats.

9.   Defendants PEREZ and AGUILERA, as well as Antrim, McBride, Rodriguez, and others known and unknown, would steal marijuana, cash, and other items of value from the Warehouse by loading the marijuana, cash, and other items of value into the large rental truck.

10.   Defendant KIM, Antrim, and others known and unknown would distribute the stolen marijuana, cash, and other items of value, as

1  well as the proceeds from the sale of the marijuana and other items

2  of value, amongst their co-conspirators.

3  C.    OVERT ACTS

4      On or about the following dates, in furtherance of the

5  conspiracy, and to accomplish the objects of the conspiracy,

6  defendants KIM, PEREZ, AGUILERA, and SANFORD, as well as Antrim,

7  McBride, Rodriguez, and others known and unknown to the Grand Jury,

8  committed various overt acts in Los Angeles County, within the

9  Central District of California, and elsewhere, including, but not

10  limited to, the following:

11      Overt Act No. 1:    On or before October 28, 2018, defendant KIM

12  sent Antrim the address and photographs of the Warehouse.

13      Overt Act No. 2:    On or before October 28, 2018, defendant KIM

14  sent Antrim blueprints of the Warehouse that identified, among other

15  things, where items of value would be contained.

16      Overt Act No. 3:    On or before October 28, 2018, defendant KIM

17  sent Antrim the location of where security guards were likely to be

18  stationed the night of the robbery.

19      Overt Act No. 4:    On October 28, 2018, defendant PEREZ texted

20  McBride: "Dnt forget the shotty . Also on another note. What's

21  cracking with the walkie talkies.  . To keep in touch with the look

22  outs," referring to a long-gun or firearm and two-way radios.

23      Overt Act No. 5:    On October 28, 2018, McBride texted

24  defendant PEREZ: "Working on that you'll have the boom boom," "I got

25  you black gloves *tambien*," "I have your jacket," and "Working on

26  gonna go pick up the walkie talkies," referring to a long-gun or

27  firearm, clothing to be worn during the October 29, 2018 robbery, and

28  two-way radios.

1    <u>Overt Act No. 6:</u>    On October 28, 2018, McBride texted
2  defendant PEREZ: "Black shirt jeans and boots or regular shoes and
3  hat" and "I have a plain black t if you need," referring to clothing
4  to be worn during the robbery.

5    <u>Overt Act No. 7:</u>    On October 28, 2018, defendant PEREZ texted
6  McBride: "*Orale.* Shoot that black T," referring to clothing to be
7  worn during the robbery.

8    <u>Overt Act No. 8:</u>    On October 29, 2018, shortly before the
9  robbery, defendants PEREZ, AGUILERA, and SANFORD, along with Antrim
10  and McBride, met in or around South El Monte, California, in
11  preparation for the robbery.

12    <u>Overt Act No. 9:</u>    On October 29, 2018, McBride texted
13  defendant PEREZ: "Be there in 5" and "Here," meaning that McBride had
14  arrived at the pre-robbery staging location.

15    <u>Overt Act No. 10:</u>    On October 29, 2018, McBride texted
16  defendant SANFORD the address of the Warehouse and said "that's the
17  address of the place."

18    <u>Overt Act No. 11:</u>    On October 29, 2018, McBride texted
19  defendant SANFORD: "find a spot to park and post up."

20    <u>Overt Act No. 12:</u>    On October 29, 2018, defendant SANFORD
21  texted McBride: "I'm looking."

22    <u>Overt Act No. 13:</u>    On October 29, 2018, McBride texted
23  defendant SANFORD: "turn on radio."

24    <u>Overt Act No. 14:</u>    On October 29, 2018, defendant SANFORD
25  texted McBride: "It is on I could hear you can you hear me."

26    <u>Overt Act No. 15:</u>    On October 29, 2018, defendant PEREZ,
27  Antrim, and McBride posed as legitimate law enforcement officers

28

7

executing a search warrant of the Warehouse or otherwise conducting official business under the color of law.

Overt Act No. 16:  On October 29, 2018, Antrim wore a green vest that said "sheriff," while defendant PEREZ and McBride each wore green jackets with LASD patches or insignia on the sleeve and chest.

Overt Act No. 17:  On October 29, 2018, Antrim openly carried a handgun holstered in a duty belt commonly worn by law enforcement for the purpose of threatening the Warehouse employees and ensuring their compliance.

Overt Act No. 18:  On October 29, 2018, McBride openly carried what appeared to be a handgun holstered in a duty belt commonly worn by law enforcement for the purpose of threatening the Warehouse employees and ensuring their compliance.

Overt Act No. 19:  On October 29, 2018, defendant PEREZ openly carried what appeared to be a handgun holstered in a duty belt commonly worn by law enforcement for the purpose of threatening the Warehouse employees and ensuring their compliance.

Overt Act No. 20:  On October 29, 2018, defendant PEREZ openly carried and brandished what appeared to be a long-gun, similar to an assault rifle commonly carried by law enforcement during enforcement actions.

Overt Act No. 21:  On October 29, 2018, Antrim drove defendant PEREZ and McBride in an LASD-registered black Ford Explorer (the "Ford Explorer") to the Warehouse.

Overt Act No. 22:  On October 29, 2018, to gain entry to the gated parking lot of the Warehouse, Antrim showed one of the Warehouse security guards ("Security Guard #1") a piece of paper,

1  which Antrim purported to be a search warrant of the Warehouse
2  premises.

3      Overt Act No. 23:   On October 29, 2018, Antrim ordered Security
4  Guard #1 and another security guard for the Warehouse ("Security
5  Guard #2") to relinquish their cellular telephones before directing
6  them into the back seat of the Ford Explorer.

7      Overt Act No. 24:   On October 29, 2018, Antrim detained
8  Security Guards #1 and #2 in the back seat of the Ford Explorer.

9      Overt Act No. 25:   On October 29, 2018, to gain entry to the
10 Warehouse, Antrim displayed what appeared to be an LASD deputy
11 sheriff badge to a third security guard for the Warehouse ("Security
12 Guard #3"), as well as a piece of paper that Antrim purported to be a
13 search warrant for the Warehouse premises.

14     Overt Act No. 26:   On October 29, 2018, Antrim detained
15 Security Guard #3 in the back seat of the Ford Explorer, alongside
16 Security Guards #1 and #2.

17     Overt Act No. 27:   On October 29, 2018, after Security Guards
18 #1, #2, and #3 had been detained in the Ford Explorer, defendant
19 AGUILERA arrived at the Warehouse in a white Penske rental truck (the
20 "Penske Truck").

21     Overt Act No. 28:   On October 29, 2018, defendant AGUILERA
22 drove the Penske Truck into the Warehouse parking lot and parked it
23 near the front entrance to the Warehouse.

24     Overt Act No. 29:   On October 29, 2018, defendants PEREZ and
25 AGUILERA, as well as Antrim and McBride, removed multiple boxes,
26 dark-colored garbage bags, and large clear bags of marijuana from the
27 Warehouse and helped load the items into the Penske Truck.

28

1    Overt Act No. 30:   On October 29, 2018, while the robbery was
2    in progress, defendant SANFORD served as a nearby lookout, scouting
3    for law enforcement and other potential threats.

4    Overt Act No. 31:   On October 29, 2018, while the robbery was
5    in progress, defendant SANFORD drove by the rear of the Warehouse in
6    a pick-up truck as part of his role as a lookout.

7    Overt Act No. 32:   On October 29, 2018, when several Los
8    Angeles Police Department ("LAPD") officers arrived at the Warehouse
9    in response to a call for service, Antrim met with the LAPD officers
10   and falsely claimed that he was executing a lawful search warrant at
11   the Warehouse.

12   Overt Act No. 33:   On October 29, 2018, when the LAPD officers
13   began arriving at the Warehouse, defendants PEREZ and AGUILERA, as
14   well as McBride, fled the Warehouse.

15   Overt Act No. 34:   On October 29, 2018, to perpetuate the ruse
16   that he was executing a lawful search of the Warehouse, and thereby
17   cause the LAPD officers to leave and not further interrupt the
18   robbery, Antrim showed the LAPD officers his LASD badge and paperwork
19   in a folder, which Antrim purported to be a search warrant for the
20   Warehouse premises.

21   Overt Act No. 35:   On October 29, 2018, Antrim falsely told the
22   LAPD officers that he was assigned to an LASD narcotics unit and was
23   executing a search warrant for the Warehouse.

24   Overt Act No. 36:   On October 29, 2018, while in the presence
25   of the LAPD officers who had asked to speak to Antrim's supervisor,
26   Antrim appeared to make numerous phone calls on his cellular
27   telephone in a sham effort to locate his LASD sergeant.

28

1       Overt Act No. 37:   On October 29, 2018, Antrim made a phone

2   call to a fellow LASD deputy sheriff (the "LASD Deputy") and handed

3   the phone to an LAPD officer (the "LAPD Officer").

4       Overt Act No. 38:   On October 29, 2018, although the LASD

5   Deputy was not Antrim's sergeant, Antrim falsely told the LAPD

6   Officer that the individual on the phone (the LASD Deputy) was

7   Antrim's sergeant.

8       Overt Act No. 39:   On October 29, 2018, after the LAPD officers

9   had left the Warehouse based on Antrim's false representations,

10   Rodriguez and another co-conspirator ("Co-Conspirator A") arrived at

11   the Warehouse in a white Dodge RAM truck registered to Rodriguez (the

12   "Dodge RAM").

13       Overt Act No. 40:   On October 29, 2018, defendant PEREZ texted

14   McBride: "Let me know when u grab that heat. Asap," referring to the

15   firearm that defendant PEREZ had discarded when he fled the

16   Warehouse.

17       Overt Act No. 41:   On October 29, 2018, after having grabbed

18   the items that had been discarded, including the firearm, in the

19   bushes next to the Warehouse, McBride texted defendant PEREZ: "Got

20   it."

21       Overt Act No. 42:   On October 29, 2018, Antrim, McBride,

22   Rodriguez, and Co-Conspirator A helped remove approximately 1,226

23   pounds of marijuana, two large commercial safes containing at least

24   $615,000 in cash and approximately $30,000 in money orders, and other

25   items of value from the Warehouse and placed them into the Penske

26   Truck.

27

28

1     Overt Act No. 43:   On October 29, 2018, Rodriguez and Co-

2 Conspirator A left the Warehouse in the Dodge RAM, carrying marijuana

3 stolen from the Warehouse.

4     Overt Act No. 44:   On October 29, 2018, McBride left the

5 Warehouse in the Penske Truck, carrying marijuana, two large

6 commercial safes containing cash and money orders, and other items of

7 value stolen from the Warehouse.

8     Overt Act No. 45:   On October 29, 2018, Antrim released

9 Security Guards #1, #2, and #3 from their detention inside the Ford

10 Explorer and drove away from the Warehouse in the Ford Explorer.

11     Overt Act No. 46:   On October 29, 2018, McBride drove the

12 Penske Truck to his residence, where he temporarily stored the large

13 commercial safes and their contents.

14     Overt Act No. 47:   On October 29, 2018, defendant KIM rented

15 storage unit "C22" at Extra Space Storage in Walnut, California

16 ("Extra Space Storage").

17     Overt Act No. 48:   On October 29, 2018, Antrim drove the Penske

18 Truck to Extra Space Storage, where he met defendant KIM, McBride,

19 and others known and unknown, and unloaded at least some of the items

20 stolen from the Warehouse, including the marijuana, into storage unit

21 "C22."

22     Overt Act No. 49:   On October 29, 2018, defendant PEREZ sent

23 McBride a series of text messages stating, in part: "What ever you

24 can.  It's all appreciated.  Glad we made out *Carnal*," "Did you grab

25 any distilled," and "I had boxed some up and placed by the door,"

26 referring to items stolen during the robbery.

27     Overt Act No. 50:   On October 29, 2018, McBride texted

28 defendant PEREZ: "Yeah the call was cleared so that's all good."

<u>Overt Act No. 51:</u>   On October 29, 2018, defendant PEREZ texted McBride: "did u grab the holster."

<u>Overt Act No. 52:</u>   On October 29, 2018, McBride texted defendant PEREZ: "Got everything" and "I love you *carnal* I'm glad we got out and everything is straight."

<u>Overt Act No. 53:</u>   On October 29, 2018, defendant PEREZ texted McBride: "Love you too *Carnal*.   Glad we all made it out.   *Serio*."

<u>Overt Act No. 54:</u>   On October 30, 2018, defendant KIM and others known and unknown removed at least some of the items stolen during the Warehouse robbery from storage unit "C22" at Extra Space Storage.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii); 18 U.S.C. § 2(a)]

On or about October 29, 2018, in Los Angeles County, within the Central District of California, defendants CHRISTOPHER MYUNG KIM, MATTHEW JAMES PEREZ, also known as ("aka") "Neer," DANIEL AGUILERA, and JAY COLBY SANFORD, aka "Monte Jay," and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and intentionally possessed with intent to distribute at least 100 kilograms, that is, approximately 556 kilograms, of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THREE

[18 U.S.C. § 241]

A.   OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until on or about October 29, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendants CHRISTOPHER MYUNG KIM ("KIM"), MATTHEW JAMES PEREZ, also known as ("aka") "Neer" ("PEREZ"), DANIEL AGUILERA ("AGUILERA"), and JAY COLBY SANFORD, aka "Monte Jay" ("SANFORD"), as well as co-conspirators Marc Antrim ("Antrim"), Kevin McBride ("McBride"), Eric Rodriguez, aka "Rooster" ("Rodriguez"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally injure, oppress, threaten, and intimidate persons of the State of California in the free exercise and enjoyment of rights secured to them by the Constitution and laws of the United States, that is, the right to be free from unreasonable searches and seizures and the right to be free from deprivation of property without due process of law by one acting under color of law.

More specifically, defendants KIM, PEREZ, AGUILERA, and SANFORD, as well as Antrim, a sworn deputy sheriff with the Los Angeles County Sheriff's Department, McBride, Rodriguez, and others known and unknown to the Grand Jury, would enter into a scheme to rob and steal property from an indoor marijuana distribution warehouse (the "Warehouse"), which was located within the Central District of California.

//

//

//

15

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, in the manner and by the means described in Paragraphs 1 through 10 of Section B of Count One of this Indictment, which are re-alleged and incorporated by reference as if fully set forth herein.

C.   OVERT ACTS

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, defendants KIM, PEREZ, AGUILERA, and SANFORD, as well as Antrim, McBride, Rodriguez, and others known and unknown to the Grand Jury, committed and caused to be committed various overt acts, among others, within the Central District of California and elsewhere, including, but not limited to, Overt Acts numbered 1 through 45, as set forth in Section C of Count One of this Indictment, which are re-alleged and incorporated by reference as if fully set forth herein.

COUNT FOUR

[18 U.S.C. §§ 242, 2(a)]

On or about October 29, 2018, in Los Angeles County, within the Central District of California, defendants CHRISTOPHER MYUNG KIM ("KIM"), MATTHEW JAMES PEREZ, also known as ("aka") "Neer" ("PEREZ"), DANIEL AGUILERA ("AGUILERA"), and JAY COLBY SANFORD, aka "Monte Jay" ("SANFORD"), as well as Marc Antrim ("Antrim"), Kevin McBride ("McBride"), Eric Rodriguez, aka "Rooster" ("Rodriguez"), and others known and unknown to the Grand Jury, each aiding and abetting the others, while acting under color of the laws of the State of California, willfully deprived Security Guard #1, Security Guard #2, Security Guard #3, and the owners of the Warehouse, an indoor marijuana distribution warehouse located on Commercial Street in Los Angeles, California, of rights secured and protected by the Constitution and laws of the United States, namely, the right to be free from unreasonable searches and seizures and the right to be free from deprivation of property without due process of law by one acting under color of law.

In the commission of the said offense, defendants KIM, PEREZ, AGUILERA, and SANFORD, as well as Antrim, McBride, Rodriguez, and others known and unknown to the Grand Jury, aiding and abetting each other, used, carried, possessed, brandished, and threatened to use a dangerous weapon, namely, a handgun.

17

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FIVE

[18 U.S.C. §§ 924(c)(1)(A)(i), (ii), 2(a)]

On or about October 29, 2018, in Los Angeles County, within the Central District of California, defendants CHRISTOPHER MYUNG KIM ("KIM"), MATTHEW JAMES PEREZ, also known as ("aka") "Neer" ("PEREZ"), DANIEL AGUILERA ("AGUILERA"), and JAY COLBY SANFORD, aka "Monte Jay" ("SANFORD"), as well as Marc Antrim ("Antrim"), Kevin McBride ("McBride"), Eric Rodriguez, aka "Rooster" ("Rodriguez"), and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly used, carried, and brandished a firearm, namely, a handgun, during and in relation to, and possessed the firearm in furtherance of, a drug trafficking crime, namely, Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment, and Possession with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this Indictment.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about February 11, 2019, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER MYUNG KIM knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic drug controlled substance.

COUNT SEVEN

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about February 11, 2019, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER MYUNG KIM knowingly possessed the following firearms, namely, (1) a CZ model 75 B pistol, bearing serial B495232; (2) a Sig Sauer, model P226, .40 caliber pistol, bearing serial number U750103; (3) a Walther, model P-22, .22 caliber pistol, bearing serial WA104044; and (4) a Springfield Armory, model XD-9 pistol, bearing serial XD878734, in furtherance of a drug trafficking crime, namely, Possession with

//

//

//

Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Six of this Indictment.

A TRUE BILL

_/S/_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

LINDSEY GREER DOTSON
Assistant United States Attorney
Public Corruption and Civil
Rights Section

JOSEPH D. AXELRAD
Assistant United States Attorney
Violent and Organized Crime
Section