GEORGE W. BUEHLER  60701
BUEHLER & KASSABIAN, LLP
350 W. Colorado Blvd., Suite 200
Pasadena, CA 91105
Tel: (626) 219-0631   Fax: (626) 792-0505
gbuehler@buehlerkassabian.com

Attorney for Defendant
CHRISTOPHER KIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CR 19-166-VAP |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| CHRISTOPHER MYUNG KIM, | DEFENDANT'S LETTER TO THE COURT |
| Defendant. | Hearing: February 10, 2020 9:00 a.m. |

Defendant Christopher Kim fully acknowledges his guilt of and responsibility for the offenses of which he has been convicted, as he did at the presentence interview with the Probation Officer. He does not contest the Probation Officer's description of his conduct.

Mr. Kim is grateful that both the Probation Officer and the Government have recommended a sentence only two years above the 12-year mandatory minimum, when the guidelines would support a sentence of greater length. Mr. Kim requests, if the Court deems it just, that the Court show additional mercy and sentence him to the 12-year mandatory minimum, in light of his young age, his potential for a productive life, and his deep regret and contrition.

Attached hereto is Mr. Kim's letter to the Court, both his handwritten letter and a typed copy for ease of reading.

Respectfully submitted,

January 22, 2020                    */s/ George W. Buehler*
                                    GEORGE W. BUEHLER
                                    Attorney for Defendant
                                    Christopher Kim