Dear Chief Honorable Judge Virginia A. Phillips,

    First and foremost, I would like to take this opportunity to sincerely apologize to all the victims that have suffered much pain and anguish due to my unlawful actions. The United States attorneys for deceiving and misleading them, the D.E.A., F.B.I., and all law enforcement involved in this case for feeding them all my lies, and lastly my kind-hearted loving family for being such a disappointment. I allowed anger and jealousy to get a foothold in my life eventually manifesting itself into seeking ways to harm my previous employers. Driven by spite and greed, I failed to take the time to consider whether my actions were right or lawful; I placed pride and financial security at the top of my value system, overshadowing the moral and ethical values which matter most.

    I could have chosen to stop and turn from this evil at any stage along the way, but I lacked the courage to do so. And the deeper the mess became, the less I wanted to admit having caused it. Allowing fear to cloud my judgment and direct the course of my actions, I made ridiculous statements full of lies and deceit all because it was too difficult for me to admit I was wrong – sticking to my story just to save face which only compounded the issue. I now realize it takes more courage to admit a mistake than to hold resolutely to an error. Knowing what is right and condemning what is wrong does not take the place of doing what is right. It takes courage and strength to stand firm and attack the wrong and uphold the right which I failed to do on many levels.

    Attempting to hide behind my lies and give excuses to justify my actions was nothing more than disobedience of the law. I can make a great show of denouncing, my sins, but if my heart does not change, the sins will return. A willingness to honestly admit my mistakes is the first step in dealing with them – the first step towards rehabilitation. I was not quick to confess my sins, but now my confession comes from a genuine, honest heart. I am guilty of the crimes I have been convicted of and I must suffer the consequences; maybe at the end of my suffering I may experience the joy of forgiveness. Too often us inmates would rather avoid the consequences than experience forgiveness, but I am learning from my mistakes because of the suffering it has brought. I am now facing a difficult situation that is beyond my control. How easy it is to become bitter with life's unexpected turns, but bitterness only makes a bad situation worse. On the other hand, a willingness to respond positively with an open mind grants me an opportunity to bring good out of a difficult situation – I can use this time

profitably. If we aren't given rough roads to walk, high mountains to climb, and tough battles to fight, we would never learn and grow.

  Dissatisfaction comes when our attention shifts from what we have to what we don't have, but we should never let our unfulfilled desires cause us to forget the gift of life, food, health, work, friends, and family. Although I have been incarcerated for only a short period of time, it has been the most humbling experience of my life. A true epiphanic moment. Fortunately for me, I have a very loving, kind-hearted, supportive family giving me the strength to meet my challenges. My family continues to stand beside me, teach me and motivate me to face my dire circumstances head on and make a lasting change. They aren't feeding me false hopes promising to eliminate my challenges. Instead they promise to guide me through them. I have been given an opportunity for a new beginning with a new purpose. An opportunity to reestablish my moral values and live a new life with an honest and pure heart at the center.

  No person is ever exempt from the laws and no human action is outside the law's jurisdiction. We must recognize these laws and pattern our relationships, work life, and home life according to these principles. I close this letter with a heavy heart filled with remorse and regret. I send my deepest apologies to Sam, Tony, Irean and everyone else who fell victim to my sinful heart, and the United States Government including anyone involved for sacrificing your time, money, and energy due to my deceitful attitude and dishonesty. Lastly, thank you Chief Honorable Judge Virginia A. Phillips for taking time out of your busy schedule to read my confession.

              Sincerely,

              Christopher Myung Kim (#77873-112)